No. 09-10143. Anthony D. Hughes, Petitioner v. John E. Potter, Postmaster General, et al.

560 U.S. 969, 130 S. Ct. 3418, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4825.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-10149. Kareem Willis, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility, et al.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4823.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10151. Stanley Earl Winston, Petitioner v. Charlene Grice, et al.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4805.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 815.

No. 09-10152. Qian Zhao, Petitioner v. Eric H. Holder, Jr., Attorney General.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4812.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 749.

No. 09-10154. Nelson Tolbert, Petitioner v. Captain Stang, et al.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4918.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10155. Donald Woodruff, Petitioner v. Illinois Department of Corrections, et al.

560 U.S. 969, 130 S. Ct. 3446, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4788.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10156. Brian Williams, Petitioner v. Robert Ayers, Jr., Warden.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 331, 2010 U.S. LEXIS 4826.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.